**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01403-CR

**LAWRENCE MARCUS WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-85696-2011**

## ORDER

The State's motion for an extension of time to file its brief. The State's motion is

**GRANTED**. The brief tendered to the Court on April 19, 2013 is deemed filed as of that date.

/s/     ELIZABETH LANG-MIERS
        JUSTICE